IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY PRESSLEY, )<br>)<br>　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ANDY R. HUGHES, et al., )<br>)<br>　Defendants. ) | CIVIL ACTION NO. 1:12-CV-50-TMH<br>[WO] |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

In this 42 U.S.C. § 1983 action, Randy Pressley ["Pressley"], an indigent inmate presently confined at the Houston County Jail, challenges the search of his person and seizure of property during his arrest in June of 2010. *Complaint - Doc. No. 1* at 3-4. Pressley also complains the defendants have improperly delayed his trial on criminal charges related to the evidence obtained during the search and seizure thereby resulting in a violation of his right to a speedy trial. *Id*. at 4. Based on the allegations contained in the complaint and in accordance with well established federal law, the Court entered a Recommendation on January 23, 2012 that this case be summarily dismissed without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

On January 31, 2012, Pressley filed a motion to dismiss in which he seeks dismissal of this case without prejudice. Upon consideration of the motion to dismiss, and in light of the Recommendation entered on January 23, 2012, the court concludes the motion to

dismiss is due to be denied as moot.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The Recommendation entered on January 23, 2012 remain in full force and effect and this case be dismissed without prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The motion to dismiss filed by the plaintiff on January 31, 2012 be DENIED as moot.

It is further

ORDERED that on or before February 21, 2012 the parties may file objections to this Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v.*

*Wainwright*, 677 F.2d 404 (5th Cir. 1982); *see Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 6th day of February, 2012.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE