IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY PRESSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  1:12-cv-50-TMH |
| | ) [wo] |
| ANDY HUGES, et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On January 23, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 4).  Again on February 6, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 7).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the Recommendation entered on January 23, 2012, as well as that of the Recommendation entered on February 6, 2012, remains in full force and effect and the case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the motion to dismiss filed by the plaintiff on January 31, 2012 is DENIED as moot.

DONE this 5th day of March, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE